STEPHEN L. MASSAD *v.* EASTERN CONNECTICUT
CABLE TELEVISION, INC.

The named defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 635 (AC 21726), is denied.

*Steven M. Laput,* in support of the petition.

*Timothy S. Jajliardo* and *Peter J. Ponziani,* in opposition.

Decided September 12, 2002

BEATRICE MARTONE-ROSATO *v.* PHYLLIS
GUARDIANO-NEIZWANGER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 70 Conn. App. 909 (AC 21799), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Beatrice Martone-Rosato,* pro se, in support of the petition.

Decided September 12, 2002

STATE OF CONNECTICUT *v.* CHARLES DAVID CARR

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 907 (AC 21940), is denied.

*Kevin E. Deheghani,* special public defender, in support of the petition.

*Richard F. Jacobson,* special assistant state's attorney, in opposition.

Decided September 12, 2002